UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONNIE MARION,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK,<br><br>Defendant. | Case No. 2:15-cv-01323-MRH<br><br>Judge Mark R. Hornak |

*ORDER APPROVING*
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Under Federal Rule of Civil Procedure 41(a)(1), Plaintiff Connie Marion and Defendant National Railroad Passenger Corp. d/b/a/ Amtrak hereby stipulate to dismissal with prejudice of all claims in this matter, with each party to bear her/its own costs and fees.

Dated: October 3, 2016

s/Joel S. Sansone
Joel S. Sansone, Esquire
Massimo A. Terzigni, Esquire
Law Offices of Joel Sansone
Three Gateway Center, Suite 1700
401 Liberty Avenue
Pittsburgh, PA 15222

Attorneys for Plaintiff

Dated: September 29, 2016

s/ Lauren E. Marzullo
Lauren E. Marzullo (PA #306459)
Christopher K. Ramsey (PA #63293)
MORGAN, LEWIS & BOCKIUS LLP
301 Grant Street
One Oxford Centre, 32nd Floor
Pittsburgh, PA 15219

DB1/ 89289007.1

Tel.: (412) 560-3300
Fax: (412) 560-7001
cramsey@morganlewis.com
lmarzullo@morganlewis.com

Attorneys for Defendant

**SO ORDERED.**

_____
The Honorable Mark R. Hornak
United States District Judge

DB1/ 89289007.1